**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2308**

TINA BOND,

                Plaintiff - Appellant,

     v.

EDENWALD-GERMAN GENERAL AGED HOME OF BALTIMORE,

                Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Senior District Judge.  (1:15-cv-02513-JFM)

Submitted:  March 14, 2017        Decided:  March 16, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tina Bond, Appellant Pro Se.  Yoora Pak, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tina Bond appeals the district court's order granting Edenwald-German General Aged Home of Baltimore summary judgment on Bond's claims, which were brought pursuant to 42 U.S.C. § 1983 (2012) and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. <u>See</u> <u>Bond v. Edenwald-German Gen. Aged Home of Baltimore</u>, No. 1:15-cv-02513-JFM (D. Md. Oct. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>